CARLENE WOODY v. A. A. PRIVETT.

(Filed 10 September, 1930.)

**Judgments K b—Finding of meritorious defense is necessary to order setting aside judgment for excusable neglect, etc.**

In order to have a judgment by default set aside on the ground of excusable neglect and irregularity the movant must show a meritorious defense, and where such defense is not made to appear an order granting a motion therefor will be vacated on appeal and the cause remanded.

APPEAL by plaintiff from *Grady, J.,* at May Term, 1930, of WILSON. Motion to set aside judgment by default and inquiry for excusable neglect and irregularity. Motion allowed, and plaintiff appeals.

*W. A. Lucas for plaintiff.*

*O. P. Dickinson and Finch, Rand & Finch for defendant.*

STACY, C. J. There is no finding of a meritorious defense, hence the order vacating the judgment will be set aside and the cause remanded for further proceedings not inconsistent with the rights of the parties. *Jones v. Swepson,* 94 N. C., 699; *Gaylord v. Berry,* 169 N. C., 733, 86 S. E., 623.

A party who seeks to be relieved from a judgment on the ground of excusable neglect or irregularity must show merit, otherwise the court would be engaged in the vain procedure of setting aside a judgment, when, if there be no defense, it would be its duty to enter the same judgment again on motion of the adverse party. *Taylor v. Gentry,* 192 N. C., 503, 135 S. E., 327; *Duffer v. Brunson,* 188 N. C., 789, 125 S. E., 619; *Crumpler v. Hines,* 174 N. C., 283, 93 S. E., 780.

Error and remanded.